**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

L.A., by and through her Guardian Maurice
Andrews,

Plaintiff(s),

v.

Take-Two Interactive Software, Inc.,

Defendant(s).

Case No.  3:22-cv-50071
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Take-Two Interactive Softward, Inc.
and against plaintiff(s) L.A., by and through her Guardian Maurice Andrews
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge Iain D. Johnston on a motion report and recommendation.

Date:  10/3/2022

Thomas G. Bruton, Clerk of Court

\s\Yvonne Pedroza, Deputy Clerk